SLIP OP. 07–42

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. R. KENTON MUSGRAVE, SENIOR JUDGE

| | | |
|---|---|---|
| VWP of AMERICA, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 96-05-01309 |
| | : | |
| THE UNITED STATES, | : | |
| Defendant. | : | |

## JUDGMENT ORDER

In accordance with the Settlement Agreement between the parties in this action,

**IT IS HEREBY ORDERED** that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

**ORDERED** that each party shall bear its own costs and expenses; and it is further

**ORDERED** that this action is dismissed as settled.

/S/      R. Kenton Musgrave
Senior Judge

Dated:  March 21      , 2007
        New York, New York

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 96-05-01309 | 0101-95-100117 | 551-3518769-2 | 03/06/95 |
| | | 551-3518988-8 | 03/31/95 |
| (05/02/96) | | 551-3519001-9 | 03/23/95 |
| | | 551-3518451-7 | 03/21/95 |
| | | 551-3518895-5 | 03/17/95 |
| | | 551-3533062-3 | 04/07/95 |
| | | 551-3517726-3 | 04/11/95 |
| | | 551-3533115-9 | 04/14/95 |
| | | 551-3533129-0 | 04/09/95 |
| | | 551-3533049-0 | 04/06/95 |
| | | 551-3533100-1 | 04/02/95 |
| | | 551-3533125-8 | 04/17/95 |
| | | 551-3533074-8 | 04/01/95 |
| | | 551-3533196-9 | 04/28/95 |
| | | 551-3533036-7 | 04/06/95 |
| | | 551-3533175-3 | 04/28/95 |
| | | 551-3517864-2 | 05/03/95 |
| | | 551-3533204-1 | 05/04/95 |
| | | 551-3533187-8 | 05/01/95 |
| | 0101-95-100128 | 551-3533169-6 | 04/26/95 |
| | | 551-3533227-2 | 05/17/95 |
| | | 551-3534516-7 | 05/26/95 |
| | | 551-3517957-4 | 05/15/95 |
| | | 551-3533212-4 | 05/15/95 |
| | | 551-3533254-6 | 05/19/95 |
| | | 551-3517993-9 | 05/23/95 |
| | | 551-3534502-7 | 05/25/95 |
| | | 551-3533267-8 | 05/22/95 |
| | | 551-3532027-7 | 05/31/95 |
| | | 551-3534787-4 | 06/23/95 |
| | | 551-3532110-1 | 06/09/95 |
| | | 551-3534649-6 | 06/07/95 |
| | | 551-3534570-4 | 06/05/95 |
| | | 551-3532639-9 | 06/27/95 |
| | | 551-3534825-2 | 06/27/95 |
| | | 551-3534839-3 | 06/27/95 |
| | | 551-3534865-8 | 06/29/95 |

1